■ TRINITY TELECOMMUNICATIONS CORP., Appellant, v JAY ROTHENSTREICH, Also Known as JAY ROTH, et al., Respondents.—In an action to recover payment on four promissory notes,

the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Queens County (Joy, J.), dated May 9, 1988, as denied its motion for summary judgment in lieu of the complaint pursuant to CPLR 3213.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Joy in his memorandum decision. Bracken, J. P., Lawrence, Kooper and Sullivan, JJ., concur.